**Mandamus Dismissed and Opinion Filed November 21, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01602-CV

### IN RE MICHAEL STOUT, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-02544-MT**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

In this original mandamus proceeding, relator asks this Court to order the director of the Texas Department of Criminal Justice, Institutional Division, to recalculate relator's parole eligibility date on his 25-year sentence and to notify relator when the 25-year sentence ceases to operate and relator's 60-year sentence starts. This Court has no mandamus jurisdiction over the director of the Texas Department of Criminal Justice, Institutional Division. *See* TEX. GOV. CODE ANN. § 22.221(b) (West 2010) (writ power of courts of appeals). We dismiss the petition for writ of mandamus for want of jurisdiction.


/Lana Myers/
LANA MYERS
JUSTICE

131602F.P05